# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1634

_____

MR. NICKLOUS TRAVIS
ANDERSON,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

June 26, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Mr. Nicklous Travis Anderson, pro se, Appellant.

Kenneth Steely, General Counsel, Department of Corrections; Ashley Moody, Attorney General, and Leslie A. Healer, Assistant Attorney General, Tallahassee, for Appellee.